**VENABLE LLP**
Daniel S. Silverman (SBN 137864)
   dsilverman@venable.com
Ari N. Rothman (SBN 296568)
   arothman@venable.com
2049 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:   (310) 229-9900
Facsimile:   (310) 229-9901

Attorneys for Defendants AD BOOM GROUP, INC.; WHOLENUTRA INC.; HEALTHIZON, INC.; and LEVEL NUTRA, INC.

**EDELSON PC**
Mark Eisen (SBN 289009)
   meisen@edelson.com
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Telephone:   213.533.4100
Facsimile:   213.947.4251

Rafey S. Balabanian (*pro hac vice* admission to be sought)
   rbalabanian@edelson.com
Benjamin H. Richman (*pro hac vice* admission to be sought)
   brichman@edelson.com
Eve-Lynn J. Rapp (*pro hac vice* admission to be sought)
   erapp@edelson.com
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone:   312.589.6370
Facsimile:   312.589.6378

Attorneys for Plaintiff KRIS HALL

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIS HALL, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          vs.<br><br>AD BOOM GROUP, INC., a California corporation, WHOLENUTRA INC., a California corporation, HEALTHIZON, INC., a California corporation, and LEVEL NUTRA, INC., a California corporation,<br><br>                    Defendants. | CASE NO. 14-CV-1262-JM(JMA)<br><br>CLASS ACTION<br><br>Hon. Jeffrey T. Miller<br><br>**JOINT MOTION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT** |

1  WHEREAS, plaintiff KRIS HALL ("Plaintiff") filed his Complaint on May 21, 2014 ("Complaint");

2  WHEREAS, on May 28, 2014, the Complaint was served on defendants AD BOOM GROUP, INC., WHOLENUTRA INC., HEALTHIZON, INC., and LEVEL NUTRA, INC. ("Defendants");

3  WHEREAS, Defendants' response to the Complaint was due on June 18, 2014;

4  WHEREAS, counsel for Defendants, who were retained shortly before June 18, needed time to investigate the matter before responding to the Complaint;

5  WHEREAS, to give counsel for Defendants time to investigate the matter, and to determine if the issues in dispute could be narrowed, the parties agreed to extend, and the Court entered an Order on June 20, 2014, extending to July 18, 2014, Defendants' deadline to respond to Plaintiff's Complaint;

6  WHEREAS, after investigating the matter, counsel for Defendants explained to counsel for Plaintiff that Defendants will seek to dismiss the Complaint, at least in part;

7  WHEREAS, Plaintiff and Defendants are discussing how they can eliminate issues for judicial resolution through the filing of an amended complaint or otherwise which, in turn, would conserve this Court's resources and those of the parties;

8  WHEREAS, in order to facilitate discussions associated with narrowing the issues in dispute, the parties believe that good cause exists to extend by an additional thirty (30) days the time for Defendants to respond to the Complaint to give the parties sufficient time to engage in discussions which may lead to resolution of certain pending issues;

/ / /

/ / /

1  THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and
2  between the undersigned parties, through their undersigned counsel, that the time
3  for Defendants to answer or otherwise respond to Plaintiff's Complaint is extended
4  to August 18, 2014.

6  Dated: July 9, 2014                    VENABLE LLP

                                          By:  /s/ Daniel S. Silverman
                                               Daniel S. Silverman
                                          Attorneys for Defendants
                                          AD BOOM GROUP, INC.;
                                          WHOLENUTRA INC.;
                                          HEALTHIZON, INC.; and
                                          LEVEL NUTRA, INC.

12  Dated: July 9, 2014                   EDELSON PC

                                          By:  /s/ Mark Eisen
                                               Mark Eisen
                                          Attorneys for Plaintiff
                                          KRIS HALL

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

# SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Mark Eisen, counsel for Plaintiff KRIS HALL, and that I have obtained Mr. Eisen's authorization to affix his electronic signature to this document.

Dated: July 9, 2014

VENABLE LLP

By: /s/ Daniel S. Silverman
    Daniel S. Silverman
Attorneys for Defendants
AD BOOM GROUP, INC.;
WHOLENUTRA INC.;
HEALTHIZON, INC.; and
LEVEL NUTRA, INC.