## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIS HALL, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>AD BOOM GROUP, INC., a California corporation, WHOLENUTRA INC., a California corporation, HEALTHIZON, INC., a California corporation, and LEVEL NUTRA, INC., a California corporation,<br><br>　　　　　　　Defendants. | CASE NO. 14cv1262 JM(JMA)<br><br>CLASS ACTION<br><br>**ORDER FURTHER EXTENDING TIME TO RESPOND TO COMPLAINT** |

　　　The Court, having received a Joint Motion to Extend Time to Respond to Complaint from the parties, and good cause appearing therefor, ORDERS that the time for Defendants to answer or otherwise respond to Plaintiff's Complaint is extended to August 18, 2014.

Dated: July 15, 2014

　　　　　　　　　　　　　　　　　　　　　_/s/ Jeffrey T. Miller_
　　　　　　　　　　　　　　　　　　　　　Jeffrey T. Miller,
　　　　　　　　　　　　　　　　　　　　　United States District Judge